Kenneth W. Welsh, Jr., SBN 020953
Keely L. Verstegen, SBN 022495
**WELSH, WALES & FRY, PLC**
11811 North Tatum Boulevard, Suite P125
Phoenix, AZ 85028
Telephone: (602) 569-0698
Facsimile: (602) 595-0682
minuteentries@wwf-law.com
E-mail: kwelsh@wwf-law.com  kverstegen@wwf-law.com
Attorneys for CarGuard Administration, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Candy Workman, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CarGuard Administration, Inc. an Arizona corporation,<br><br>Defendant. | Case No. 2:23-cv-00961 DLR<br><br>**DEFENDANT CARGUARD ADMINISTRATION, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

### DEFENDANT CARGUARD FUNDING, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**COMES NOW CarGuard Administration, Inc., Defendant, ("CarGuard")** through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b), respectfully requests this Court to enter an Order granting CarGuard an extension of time until **July 24, 2023**, to answer or otherwise respond to Plaintiff Candy Workman's ("Plaintiff") Complaint.

In support of this Motion, CarGuard states as follows:

**WELSH, WALES & FRY, PLC**

1. Plaintiff filed his Complaint on May 31, 2023, alleging violations of the Telephone Consumer Protection Act ("TCPA") of 1991.

2. Plaintiff served CarGuard with the Summons and Complaint on June 2, 2023, making CarGuard's response to the Complaint due on July 23, 2023.

3. Under Federal Rule of Civil Procedure 6(b)(1)(A), a court may, for good cause, extend deadlines with or without a motion before a deadline expires. *See* Fed. R. Civ. P. 6(b)(1)(A).

4. CarGuard respectfully submits that good cause exits to support a requested extension of thirty-one (31) days, or until July 24, 2023, to answer or otherwise respond to the Complaint including: CarGuard and Plaintiff are currently in settlement negotiations on this matter. Plaintiff has indicated there will be an amended complaint filed in this matter if settlement negotiations fail. Further, CarGuard's counsel also has other pending matters which have been and are occupying counsel's time, resources, and attention over the next month. These other obligations are also preventing the undersigned from adequately preparing a response to the Complaint by the current deadline of June 23, 2023; CarGuard submits that the requested extension will not prejudice or disrupt Plaintiff's ability to pursue this suit, and the additional time will not interfere with any scheduled deadlines as this matter is still in its infancy; and the requested extension is not made in bad faith or for the purpose of delay.

5. CarGuard also submits that good cause exists for granting its requested extension of thirty-one (31) days in that CarGuard's counsel has conferred with Plaintiff regarding the relief requested herein, and Plaintiff is not opposed to the thirty-one days extension.

**WHEREFORE**, for all of these reasons, CarGuard, respectfully requests the Court grant this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, extend CarGuard's deadline to answer or otherwise respond to the

**WELSH, WALES & FRY, PLC**

Complaint until **July 24, 2023**, and for such other relief to which CarGauard may be entitled.

DATED this 20th day of June 2023.

                                          WELSH, WALES & FRY, PLC

                                By  */s/Keely L. Verstegen*
                                  Kenneth W. Welsh, Jr.
                                  Keely L. Verstegen
                                  *Attorneys for CarGuard Administration, Inc.*

ORIGINAL filed and a copy of the foregoing e-mailed June 20, 2023 to:

Penny L. Koepke, Esq.
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
pkoepke@hoalow.biz

Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
tsmith@woodrowpeluso.com

*Attorneys for Plaintiffs and the Alleged Class*

*/s/Amy Gurka*