Kenneth W. Welsh, Jr., SBN 020953
Keely L. Verstegen, SBN 022495
WELSH, WALES & FRY, PLC
11811 North Tatum Boulevard, Suite P125
Phoenix, AZ 85028
Telephone: (602) 569-0698
Facsimile: (602) 595-0682
minuteentries@wwf-law.com
E-mail: kwelsh@wwf-law.com
kverstegen@wwf-law.com

Eric J. Troutman (*pro hac vice*)
TROUTMAN AMIN, LLP
400 Spectrum Center Dr., Suite 1550
Irvine, California  92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

*Attorneys for CarGuard Administration, Inc*.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Candy Workman, individually and on behalf of all other similarly situated,<br><br>v.<br><br>CarGuard Administration, Inc. an Arizona corporation,<br><br>Defendant. | Case No. 2:23-cv-00961 DLR<br><br>**DEFENDANT CARGUARD ADMINISTRATION, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Honorable Douglas L. Rayes |

**DEFENDANT CARGUARD FUNDING, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**COMES NOW CarGuard Administration, Inc., Defendant, ("CarGuard")** through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b), which respectfully requests this Court to enter an Order granting CarGuard an extension of time until **August 25, 2023**,

1

to answer or otherwise respond to Plaintiff Candy Workman's ("Plaintiff") First Amended Complaint.

In support of this Motion, CarGuard states as follows:

**1.** Plaintiff filed her First Amended Complaint on August 4, 2023, alleging violations of the Telephone Consumer Protection Act ("TCPA") of 1991.

**2.** CarGuard's response to the Complaint is currently due on August 18, 2023.

**3.** Under Federal Rule of Civil Procedure 6(b)(1)(A), a court may, for good cause, extend deadlines with or without a motion before a deadline expires. *See* Fed. R. Civ. P. 6(b)(1)(A).

**4.** CarGuard respectfully submits that good cause exits to support a requested extension of seven (7) days, or until August 25, 2023, to answer or otherwise respond to the Complaint including: CarGuard's counsel also has other pending matters which have been and are occupying counsel's time, resources, and attention. These other obligations are also preventing the undersigned from adequately preparing a response to the First Amended Complaint by the current deadline of August 18, 2023; CarGuard submits that the brief requested extension will not prejudice or disrupt Plaintiff's ability to pursue this suit, and the additional time will not interfere with any scheduled deadlines as this matter is still in its infancy; and the requested extension is not made in bad faith or for the purpose of delay.

**5.** CarGuard also submits that good cause exists for granting its requested extension of seven (7) days in that CarGuard's counsel has conferred with Plaintiff regarding the relief requested herein, and Plaintiff is not opposed to the seven-day extension.

**WHEREFORE**, for all of these reasons, CarGuard, respectfully requests the Court grant this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint, extend CarGuard's deadline to answer or otherwise respond to the Complaint until **August 25, 2023**, and for such other relief to which CarGuard may be entitled.

| | | |
|---|---|---|
| 1 | Dated this 17th day of August, 2023. | TROUTMAN AMIN, LLP |
| 2 | | By */s/Eric J. Troutman*<br>Eric J. Troutman |
| 3 | | *Attorney for CarGuard Administration, Inc* |

ORIGINAL filed and a copy of the foregoing e-mailed August 16, 2023 to:

Penny L. Koepke, Esq.
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
pkoepke@hoalow.biz

Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
tsmith@woodrowpeluso.com

*Attorneys for Plaintiffs and the Alleged Class*