1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

10

11

Candy Workman, individually and on behalf of
all other similarly situated,

12

v.

13

CarGuard Administration, Inc. an Arizona
corporation,

14
15

Defendant.

16

Case No. 2:23-cv-00961 DLR

**ORDER GRANTING
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO
ANSWER OR OTHERWISE
RESPOND TO THE FIRST AMENDED
COMPLAINT**

(Assigned to Honorable Douglas L. Rayes)

17

18

19        Pursuant to the Motion for Extension of Time to Answer or Otherwise Respond to the

20   First Amended Complaint, and good cause appearing;

21        IT IS HEREBY ORDERED the time in which CarGuard Administration may

22   answer or otherwise respond to Plaintiff Candy Workman's First Amended Complaint shall be

23   extended to August 25, 2023.

24
25
26
27
28