Eric J. Troutman (*pro hac vice*)
Tori L. Guidry (*pro hac vice*)
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

Kenneth W. Welsh, Jr., SBN 020953
Keely L. Verstegen, SBN 022495
WELSH, WALES & FRY, PLC
11811 North Tatum Boulevard, Suite P125
Phoenix, AZ 85028
Telephone: (602) 569-0698
Facsimile: (602) 595-0682
minuteentries@wwf-law.com
E-mail: kwelsh@wwf-law.com
kverstegen@wwf-law.com

*Attorneys for CarGuard Administration, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Candy Workman,** individually and on behalf of all other similarly situated, | Case No. 2:23-cv-00961 DLR |
| v. | **DEFENDANT CARGUARD ADMINISTRATION, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES** |
| **CarGuard Administration, Inc.** an Arizona corporation, | |
| Defendant. | **Judge: Honorable Douglas L. Rayes** |

Defendant CarGuard Administration, Inc. ("CarGuard") certifies that on February 1, 2024, it served its initial disclosures by electronic mail on counsel for Plaintiff - Taylor T. Smith, tsmith@woodrowpeluso.com .

**TROUTMAN AMIN, LLP**

Dated: February 1, 2024

*/s/ Tori L. Guidry*
Tori L. Guidry

*Attorneys for Defendant CarGuard Administration, Inc.*

ORIGINAL filed and a copy of the foregoing e-mailed February 1, 2024 to:

Penny L. Koepke, Esq.
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
pkoepke@hoalow.biz

Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
tsmith@woodrowpeluso.com

*Attorneys for Plaintiff
and the Alleged Class*

/s/ *Tori L. Guidry*
Tori L. Guidry

2

Case No.: 2:23-cv-00961 DLR

**DEFENDANT CARGUARD ADMINISTRATION INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**