Eric J. Troutman (*pro hac vice*)
Tori L. Guidry (*pro hac vice*)
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

Kenneth W. Welsh, Jr., SBN 020953
Keely L. Verstegen, SBN 022495
WELSH, WALES & FRY, PLC
11811 North Tatum Boulevard, Suite P125
Phoenix, AZ 85028
Telephone: (602) 569-0698
Facsimile: (602) 595-0682
minuteentries@wwf-law.com
E-mail: kwelsh@wwf-law.com
kverstegen@wwf-law.com

*Attorneys for CarGuard Administration, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Candy Workman,** individually and on behalf of all other similarly situated,<br><br>v.<br><br>**CarGuard Administration, Inc.** an Arizona corporation,<br><br>       Defendant. | Case No. 2:23-cv-00961 DLR<br><br>**DEFENDANT CARGUARD ADMINISTRATION, INC.'S NOTICE OF SERVICE OF DISCOVERY**<br><br>**Judge: Honorable Douglas L. Rayes** |

1  Defendant CarGuard Administration, Inc. ("CarGuard") certifies that on
2  February 1, 2024, it served its first set of discovery requests by electronic mail on
3  counsel for Plaintiff - Taylor T. Smith, tsmith@woodrowpeluso.com, including
4  interrogatories, requests for admissions, and requests for production of documents.

Dated: February 21, 2024

**WELSH, WALES & FRY, PLC**

*/s/Keely L. Verstegen*
Keely L. Verstegen

**TROUTMAN AMIN, LLP**
Tori L. Guidry (*pro hac vice*)

*Attorneys for Defendant CarGuard Administration, Inc.*

**DEFENDANT CARGUARD ADMINISTRATION INC.'S NOTICE OF SERVICE OF DISCOVERY**

ORIGINAL filed and a copy of
the foregoing e-mailed February 21,
2024 to:

Penny L. Koepke, Esq.
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
pkoepke@hoalaw.biz

Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
tsmith@woodrowpeluso.com

*Attorneys for Plaintiff
and the Alleged Class*

/s/*Amy Gurka*
Amy Gurka