Eric J. Troutman (*pro hac vice*)
Tori L. Guidry (*pro hac vice*)
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

Kenneth W. Welsh, Jr., SBN 020953
Keely L. Verstegen, SBN 022495
WELSH, WALES & FRY, PLC
11811 North Tatum Boulevard, Suite P125
Phoenix, AZ 85028
Telephone: (602) 569-0698
Facsimile: (602) 595-0682
minuteentries@wwf-law.com
E-mail: kwelsh@wwf-law.com
kverstegen@wwf-law.com

*Attorneys for CarGuard Administration, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Candy Workman,** individually and on behalf of all other similarly situated,<br><br>v.<br><br>**CarGuard Administration, Inc.** an Arizona corporation,<br><br>     Defendant. | Case No. 2:23-cv-00961 DLR<br><br>**DEFENDANT CARGUARD ADMINISTRATION, INC.'S NOTICE OF SERVICE OF DISCOVERY**<br><br>**Judge: Honorable Douglas L. Rayes** |

Defendant CarGuard Administration, Inc. ("CarGuard") certifies that on March 20, 2024, it served its responses and objections to Plaintiff Candy Workman's first set of discovery requests by electronic mail on counsel for Plaintiff - Taylor T. Smith, tsmith@woodrowpeluso.com.

**TROUTMAN AMIN, LLP**

Dated: March 20, 2024

*/s/ Tori L. Guidry*
Tori L. Guidry

*Attorneys for Defendant CarGuard Administration, Inc.*

1  ORIGINAL filed and a copy of
   the foregoing e-mailed March 20,
2  2024 to:

3
   Penny L. Koepke, Esq.
4  Maxwell & Morgan, P.C.
   4854 E. Baseline Road, Suite 104
5  Mesa, Arizona 85206
6  pkoepke@hoalow.biz

7
   Taylor T. Smith, Esq.
8  Woodrow & Peluso, LLC
   3900 East Mexico Ave., Suite 300
9  Denver, Colorado 80210
10 tsmith@woodrowpeluso.com

11
   *Attorneys for Plaintiff*
12 *and the Alleged Class*

13
   /s/ *Tori L. Guidry*
14 Tori L. Guidry

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT CARGUARD ADMINISTRATION INC.'S NOTICE OF SERVICE OF DISCOVERY**