Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Candy Workman, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CarGuard Administration, Inc., an Arizona corporation,<br><br>    *Defendant*. | Case No. 2:23-cv-00961-DLR<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

Plaintiff Candy Workman ("Workman" or "Plaintiff"), by and through her undersigned counsel, certifies that she served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Onvoy, LLC. The subpoena will be sent out for service via U.S. Mail on March 21, 2024.

Dated: March 21, 2024

**CANDY WORKMAN**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Penny L. Koepke
pkoepke@hoalaw.biz
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Alleged Class*

1 **CERTIFICATE OF SERVICE**

2     The undersigned hereby certifies that a true and accurate copy of the above titled
3 document was served upon counsel of record by filing such papers via the Court's ECF
4 system on March 21, 2024.

                    /s/ Taylor T. Smith