Eric J. Troutman (*pro hac vice*)
Tori L. Guidry (*pro hac vice*)
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile: (214) 758-1550
troutman@troutmanamin.com

Kenneth W. Welsh, Jr., SBN 020953
Keely L. Verstegen, SBN 022495
WELSH, WALES & FRY, PLC
11811 North Tatum Boulevard, Suite P125
Phoenix, AZ 85028
Telephone: (602) 569-0698
Facsimile: (602) 595-0682
minuteentries@wwf-law.com
E-mail: kwelsh@wwf-law.com
kverstegen@wwf-law.com

*Attorneys for CarGuard Administration, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Candy Workman,** individually and on behalf of all other similarly situated,<br><br>v.<br><br>**CarGuard Administration, Inc.** an Arizona corporation,<br><br>    Defendant. | Case No. 2:23-cv-00961 DLR<br><br>**DEFENDANT CARGUARD ADMINISTRATION, INC.'S NOTICE OF SERVICE OF DISCOVERY**<br><br>**Judge: Honorable Douglas L. Rayes** |

Defendant CarGuard Administration, Inc. ("CarGuard") certifies that on April 1, 2024, it served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to T-Mobile USA, Inc. The subpoena will be sent out for service via U.S. Mail on April 1, 2024. The notice of serving the subpoena was sent by electronic mail on counsel for Plaintiff - Taylor T. Smith, tsmith@woodrowpeluso.com.

**TROUTMAN AMIN, LLP**

Dated: April 1, 2024

*/s/ Tori L. Guidry*
Tori L. Guidry

*Attorneys for Defendant CarGuard Administration, Inc.*

1  ORIGINAL filed and a copy of
2  the foregoing e-mailed April 1, 2024 to:
3
4  Penny L. Koepke, Esq.
   Maxwell & Morgan, P.C.
5  4854 E. Baseline Road, Suite 104
   Mesa, Arizona 85206
6  pkoepke@hoalow.biz
7
8  Taylor T. Smith, Esq.
   Woodrow & Peluso, LLC
9  3900 East Mexico Ave., Suite 300
   Denver, Colorado 80210
10 tsmith@woodrowpeluso.com
11
   *Attorneys for Plaintiff*
12 *and the Alleged Class*
13
   /s/ *Tori L. Guidry*
14 Tori L. Guidry
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEFENDANT CARGUARD ADMINISTRATION INC.'S NOTICE OF SERVICE OF DISCOVERY**