# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Candy Workman, | No. CV-23-00961-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| CarGuard Administration Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 63), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice with respect to all claims alleged by Plaintiff against Defendant. The Court shall retain jurisdiction to vacate this order of dismissal and to reopen the action, if necessary.

Dated this 23rd day of January, 2025.

_____
Douglas L. Rayes
Senior United States District Judge